1  BRENDAN CONROY CSB 114726
   Attorney at Law
2  255 Kansas St. Ste. 340
   San Francisco CA 94103
3  415-565-9600

4  Attorney for Defendant

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                        SAN FRANCISCO DIVISION

9  UNITED STATES OF AMERICA,        )    Case No. CR 09-1017 EDL
                                    )
10             Plaintiff,           )
                                    )    STIPULATION AND [PROPOSED]
11       v.                         )    ORDER TO CONTINUE STATUS DATE
                                    )
12 EDWARD J. VELA,                  )
                                    )
13             Defendant.           )
   _____)

14
        The above-referenced matter is currently scheduled before the Court on January 29, 2010,
15
   at 9:30 a.m. for a status appearance. The defendant needs additional time to consider the
16
   proposed plea agreement with his counsel. Therefore, the undersigned parties jointly stipulate
17
   and request that this date be continued until March 16, 2010 at 11:00 a.m. for status or change of
18
   plea.
19
   //
20
   //
21
   //
22

23
   SO STIPULATED.
24

25
   Dated: January 29, 2010                         /s/
26                                          ACADIA L. SENESE
                                            Special Assistant United States Attorney
27

28

Dated: January 29, 2010

              /S/
BRENDAN CONROY
Attorney for Defendant

## ORDER

For the aforementioned reasons, the hearing in the above captioned case is continued to March 16, 2010 at 11:00 a.m..

IT IS SO ORDERED.

DATED: 28 Jan '10

UNITED STATES MAGISTRATE JUDGE